USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

ISHI WONEY,

                Defendant,
------------------------------------------------------------X

18 Cr. 832 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, with ISHI WONEY's consent, his guilty plea allocution was taken before Magistrate Judge Ona T. Wang on May 9, 2019;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
November 26, 2019

LORNA G. SCHOFIELD
United States District Judge